IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | |
|    Plaintiff | : | No. 1:25-cv-01740 |
| | : | |
|    v. | : | (Judge Kane) |
| | : | |
| BRADLEY BOOHER, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 31st day of October 2025, upon consideration of the complaint (Doc. No. 2), application for leave to proceed <u>in forma pauperis</u> ("IFP Application") (Doc. No. 8), and certified prisoner trust fund account statement (Doc. No. 9) filed by pro se Plaintiff Dale Arnold, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The complaint is **DISMISSED**;

2. The Clerk of Court is directed to **DOCKET** Arnold's IFP Application (Doc. No. 8) and certified prisoner trust fund account statement (Doc. No. 9) in Civil Action No. 25-cv-01554; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                      s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania